IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ALAN R. HYMAN,**

    Plaintiff,

v.                                                 Civil Action No. **3:23CV810 (RCY)**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his ongoing detention in a state facility pending state charges. (ECF No. 1.) By Memorandum Order entered on December 15, 2023, the Court explained that it may not provide advice to litigants and that it could not order his release from detention. (ECF No. 2, at 1.) The Court sent Plaintiff a § 1983 complaint form and instructed that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry hereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

                                                                     /s/ RCY
                                                      Roderick C. Young
Date: January 23, 2024                                 United States District Judge
Richmond, Virginia